IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. LEVY ASSOCIATES, INC. | : CIVIL ACTION |
| | : |
| v. | : NO. 16-4929 |
| | : |
| KAPLAN, *et al.* | : |

### ORDER

**AND NOW**, this 22nd day of December 2016, upon consideration of Defendants' Motion to disqualify Plaintiff's counsel (ECF Doc. No. 26), Plaintiff's Opposition (ECF Doc. No. 27) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to disqualify (ECF Doc. No. 26) is **DENIED**.

_____
KEARNEY, J.