IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. LEVY ASSOCIATES, INC. | : CIVIL ACTION |
| v. | : NO. 16-4929 |
| MICHAEL R. KAPLAN, *et al.* | : |

## ORDER

**AND NOW**, this 21st day of August 2017, upon considering Defendants' Motion for entry of judgment as a matter of law, for a new trial, to alter or amend the judgment and for remitter (ECF Doc. No. 115), Plaintiff's Opposition (ECF Doc. No. 127) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion (ECF Doc. No. 115) is **DENIED**; and,

2. Defendants' Motion for stay of execution (ECF Doc. No. 117) pending resolution of their post-trial motion is **DENIED as moot**.

KEARNEY, J.