IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. LEVY ASSOCIATES, INC., | Civil Action No. 16-4929 (MEK) |
| *Plaintiff,* | |
| v. | |
| MICHAEL R. KAPLAN, *et al.*, | |
| *Defendants.* | |

### PRAECIPE TO DISSOLVE WRIT OF EXECUTION

TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF PENNSYLVANIA:

Kindly mark the writ of attachment against the Garnishee, **FIRSTTRUST BANK,** dissolved.

                      Respectfully submitted,
                      SPECTOR GADON & ROSEN, P.C.

By: */s/ Bruce Bellingham*
Bruce Bellingham, Esquire
1635 Market Street, 7th Floor
Philadelphia, PA 19103
ddugan@lawsgr.com
215.241.8916

May 6, 2021        *Attorneys for T. Levy Associates*

2500286_2